UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| THE ORB FACTORY LIMITED, | : | 26-cv-4529 (SHS) |
| Plaintiff, | : | ORDER |
| | : | |
| JIANPING ZHANG, | | |
| | : | |
| Defendant. | | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

This action was filed on May 29, 2026. To date, no affidavit of service of the summons and complaint has been filed. If plaintiff does not intend to pursue this action, it may file a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on or before July 31, 2026. If it intends to pursue this action, it shall serve the summons and complaint upon the defendant expeditiously.

Dated: New York, New York
July 27, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.